

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

700 Arch Street
Philadelphia, Pennsylvania 19106

December 7, 2007

The Honorable Robert Kugler
United States District Court Judge
United States District Court
District of New Jersey
Mitchell H. Cohen Federal Building
& U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101


Re:   *United States v. Mohamad I. Shnewer, et al.*,
      Crim. No. 04-0459 (RBK)

Dear Judge Kulger:

The parties have made us aware the defendants will be receiving several hundred hours of video recordings in discovery in the near future.

To facilitate the review of the video recordings, we will be implementing the following discovery review schedule: Monday through Friday, from 7:00 a.m., through 3:00 p.m., defendants will be taken to separate areas to review their discovery. At least one of these areas will include the law library. Defendants will be rotated through the areas during the week to ensure they have access to the law library.

Defendants will be removed from the review areas as dictated by security concerns or their health/personal needs. Lunch will be provided to defendants in the review areas.

This schedule has been designed to expedite the defendants' review of the discovery.



The Honorable Robert Kugler
December 7, 2007
Page 2


If you have any questions, please call me at 215-521-4058.

Sincerely,

Darrin Howard
Attorney Advisor


cc: Troy A. Archie, Esq.
    Rocco C. Cipparone, Jr., Esq.
    William Fitzpatrick, AUSA
    Michael Hammer, AUSA
    Michael Huff, Esq.
    Michael E. Riley, Esq.
    Richard Sparaco, Esq.