## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### CASE NO. 07-459 (RBK)

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | ) |
| MOHAMAD IBRAHIM SHNEWER, | ) |
| DRITAN DUKA, | ) |
|     a/k/a "Tony Duka" | ) |
| ELJVIR DUKA, | ) |
|     a/k/a "Sulayman" | ) |
| SHAIN DUKA, | ) |
|     a/k/a "Shaheen" | ) |
| and | ) |
| SERDAR TARTAR, | ) |
| | ) |
|           Defendants. | ) |
| | ) |

### DECLARATION AND CLAIM OF PRIVILEGE
### OF THE ATTORNEY GENERAL OF THE UNITED STATES

I, Michael B. Mukasey, hereby declare the following:

1.  I am the Attorney General of the United States of America and head of the United States Department of Justice, an Executive Department of the United States.  I have official custody of and control over the files and records of the United States Department of Justice.  The matters stated herein are based on my knowledge, on consideration of information available to me in my official capacity as Attorney General, on discussions that I have had with other Justice Department officials, and on conclusions I have reached after my review of this information.

2.  I submit this declaration pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended,

in connection with the above-captioned criminal proceeding.  I have been advised that the Government presently intends to use certain information obtained and derived from Foreign Intelligence Surveillance Court ("FISC") authorized electronic surveillance and physical search in the criminal proceedings against the Defendants.  Accordingly, the Defendants, by and through their attorneys, have filed motions *in limine*, which include motions to suppress all FISA obtained and derived evidence and to compel production of all applications and orders under FISA relating to the Defendants (hereinafter "Defendants' Motions").  The Government has filed an opposition to the Defendants' Motions, which is titled "Government's Classified Memorandum in Opposition to the Defendants' Motion for Suppression of Evidence; for Disclosure of FISA Materials and for an Adversary Hearing; for a *Franks* Hearing; and to Declare FISA Unconstitutional," (hereinafter "the Government's Opposition").  For the reasons set forth in the Government's Opposition, it is necessary to provide this Court with the applications submitted to, and the orders issued by, the FISC, and other related documents (hereinafter collectively referred to as "FISA Materials").

3.    Based on the facts and considerations set forth below, I hereby claim that it would harm the national security of the United States to publicly disclose or have an adversary hearing with respect to the FISA Materials.  The United States is submitting the relevant classified documents to this Court as part of a "Sealed Exhibit" so that this Court may conduct an *in camera, ex parte* review of the legality of the FISA collection at issue.  My Claim of Privilege also extends to the classified portions of any memoranda and briefs the Government may file in connection with this litigation, or any oral representations that may be made by the Government that reference the classified information contained in the FISA Materials.

4.    In support of my Claim of Privilege, the United States is submitting to the Court for *in camera, ex parte* review the Declaration of James W. McJunkin, Deputy Assistant Director, Counterterrorism Division, Federal Bureau of Investigation ("FBI").  Mr. McJunkin's Declaration sets forth, in detail, the specific facts on which my Claim of Privilege is based.  The Declaration of Mr. McJunkin is classified at the "SECRET" level.

5.    Relying on the facts set forth in Deputy Assistant Director McJunkin's Declaration, I certify that the unauthorized disclosure of the FISA Materials, which are classified at the "SECRET" level, reasonably could be expected to cause serious damage to the national security of the United States.  Among

3

other specific things, the FISA Materials contain sensitive and classified information concerning United States intelligence sources and methods and other information relating to efforts of the United States to conduct counterterrorism investigations, including the manner and means by which those investigations are carried out.  As a result, the unauthorized disclosure of the information would damage the national security interests of the United States.

6.    I respectfully request that the Court treat the contents of the Sealed Exhibit, for security purposes, in the same sensitive manner that the contents were treated in the submission to this Court, and to return the Sealed Exhibit to the Department of Justice upon the disposition of the Defendants' Motions.  The Department of Justice will retain the Sealed Exhibit under the seal of the Court subject to any further orders of this Court or other courts of competent jurisdiction.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 17, 2008.

Michael B. Mukasey
Attorney General

4