UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Hon. Robert B. Kugler |
| Plaintiff(s), : | |
| : | |
| v. : | Criminal No. 07-459(RBK) |
| : | |
| MOHAMAD IBRAHIM SHNEWER, et al. : | |
| : | |
| Defendant(s). : | |

**O R D E R**

**THIS MATTER HAVING** come before the court, on the Motion in limine on behalf of defendant Dritan Duka, by his attorney Michael N. Huff, Esq., to preclude the government from using portions of recorded statements identified as Exhibits 820-B, 854-13, 824-B and 757-B, and the court having reviewed the papers submitted on behalf of defendant and having heard the arguments of counsel on December 1, 2008, and for the reasons expressed on the record on that date,

**IT IS ON THIS**  2nd  day of December, 2008, **ORDERED** that the defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. **Denied** as to Exhibit 757-B;

2. **Granted** as to Exhibit 820-B, except as to page 3, lines 16-18 and page 5, lines 13-16;

3. **Granted** as to Exhibit 824-B, Cut 3 (page 5, lines 6-19);

4. **Granted** as to Exhibit 854-B, page 2, line 29.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge