UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Hon. Robert B. Kugler |
| Plaintiff(s), : | |
| : | |
| v. : | Criminal No. 07-459(RBK) |
| : | |
| MOHAMAD IBRAHIM SHNEWER, et al. : | |
| : | |
| Defendant(s). : | |

**O R D E R**

**THIS MATTER HAVING** come before the court, upon the Motion of defendant Dritan Duka, by his attorney Michael N. Huff, Esq., in limine, to permit the introduction into evidence during the cross-examination of Besnik Bakalli, audiotapes dated April 13, 2007 and April 27, 2007, and the court having reviewed the papers submitted and having heard the argument of counsel, including Norman Gross, Esq., AUSA, for the government, and for the reasons stated on the record on December 8, 2008,

**IT IS ON THIS** __9th__ day of December, 2008, **ORDERED** that the Motion of defendant Dritan Duka to permit the introduction into evidence during the cross-examination of Besnik Bakalli, portions of audiotapes made on April 13, 2007, and April 27, 2007, be and is hereby **DENIED**.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge